MARYALICE COOKE *v.* RICHARD COOKE
(13271)

O'CONNELL, LANDAU and SPEAR, Js.

Argued March 23—decision released May 2, 1995

*John R. Williams,* for the appellant (plaintiff).

*David J. Elliott,* with whom, on the brief, was *Theodore C. Morris,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

RICHARD J. MEDLOCK, SR. *v.* CORA L. MEDLOCK
(13405)

O'CONNELL, LANDAU and SPEAR, Js.

Argued March 23—decision released May 2, 1995

*Linda P. Dunphy,* with whom, on the brief, was *John C. Kucej,* for the appellant (plaintiff).

*Wilson J. Trombley,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.